# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-10638
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
March 27, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rene Rodriguez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-33-1

_____

Before Stewart, Dennis, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Rene Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10638

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.